PzB

CEM/AAB: USAO# 2026R00670

USDC- BALTIMORE
'26 NOV 19 PM4:00

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GAVIN PAUL SINGLETON,**<br>**and**<br>**ROBERT BARTHOLOMEW RYCHWALSKI, Jr.,**<br><br>**Defendants.** | **CRIMINAL NO.** MJM-26-414<br><br>**(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2); Possession of Child Pornography, 18 U.S.C. 2252A(a)(5)(B); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 2253; 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c))** |

# INDICTMENT

## COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or before August 20, 2025, in the District of Maryland, the defendants,

**GAVIN PAUL SINGLETON** and
**ROBERT BARTHOLOMEW RYCHWALKSI, Jr.,**

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that have been mailed, shipped or transported in or affecting interstate and foreign commerce by any means including a computer, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, **SINGLETON** and **RYCHWALSKI** produced the following four

video files, saved in **SINGLETON**'s Snapchat internet based account associated with "p_bxby22":

| File Name (partially titled) | Description |
|---|---|
| 50Mz…gAQ-v4.mp4 | **SINGLETON** engaging in vaginal sex with Minor Victim. |
| ZuQz…gAQ-v4.mp4 | **RYCHWALSKI** lifting Minor Victim up from the ground to her feet, while Minor Victim is naked from the waist down and her pubic area is exposed. |
| 1mRT…gAQ-v4.mp4 | Minor Victim lying face down, naked from the waist down, near **RYCHWALSKI** as **SINGLETON** says, "Nigga do it. Put it in her butt. Do it real quick." |
| ThnN…gAQ=v4.mp4 | **SINGLETON** penetrating Minor Victim's mouth with his penis while **RYCHWALSKI** penetrates Minor Victim's genitals with his penis. |

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2

**COUNT TWO**
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 20, 2025, in the District of Maryland and elsewhere, the defendant,

**GAVIN PAUL SINGLETON,**

knowingly distributed any child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been, using any means or facility of interstate or foreign commerce, mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, **SINGLETON** used the Snapchat internet application and account "p_bxby22" to distribute three of the video files referenced in Count One of this Indictment to other users, said video files depicting **SINGLETON** and **RYCHWALSKI** engaging in sexually explicit conduct with Minor Victim.

18 U.S.C. § 2252A(a)(2) and 2256
18 U.S.C. § 2

**COUNT THREE**
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 20, 2025, in the District of Maryland and elsewhere, the defendant,

**ROBERT BARTHOLMEW RYCHWALSKI, Jr.,**

knowingly distributed any child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been, using any means or facility of interstate or foreign commerce, mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, **RYCHWALSKI** used the Snapchat internet application and account "richgot_it6" to distribute a video file to **SINGLETON**, said video file depicting **SINGLETON** engaging in vaginal sex with Minor Victim.

18 U.S.C. § 2252A(a)(2) and 2256
18 U.S.C. § 2

**COUNT FOUR**
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2026, in the District of Maryland, the defendant,

**GAVIN PAUL SINGLETON,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant maintained a Snapchat internet-based account associated with "p_bxby22," which account contained one or more visual depictions of a minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

**COUNT FIVE**

(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2026, in the District of Maryland, the defendant,

**ROBERT BARTHOLOMEW RYCHWALSKI, Jr.,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant maintained a Snapchat internet-based account associated with "richgot_it6," which account contained a visual depiction of Minor Victim engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

**FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendants' convictions of any of the offenses charged in Counts One through Five of this Indictment.

**Sexual Exploitation of Children Forfeiture and Possession of Child Pornography**

2. Upon conviction of any of the offenses set forth in Counts One through Five of this Indictment, the defendants,

**GAVIN PAUL SINGLETON and**
**ROBERT BARTHOLOMEW RYCHWALSKI, Jr.**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

**Property Subject to Forfeiture**

3. The property to be forfeited includes, but is not limited to, the following items seized from the defendant **SINGLETON** on or about September 25, 2026: Apple iPhone in blue case, black Apple iPhone, and light blue cracked Apple iPhone.

4. The property to be forfeited includes, but is not limited to, the following items seized from the defendant **RYCHWWALSKI** on or about September 25, 2026: blue Apple iPhone, blue MacBook computer, and a silver/blue Apple iPhone; as well as another Apple iPhone 17 Pro Max S/N MK29DFPPW1, seized during a border search on June 22, 2026.

**Substitute Assets**

5. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
FOREPERSON

11/19/2026
Date